UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANURI S. QAWI, | No. C 09-1038 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GREG AHERN, Sheriff, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a civil rights action, preferably using the court's civil rights complaint form.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 11, 2009

SUSAN ILLSTON
United States District Judge